UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>SIERRA GATE LLC, et al.,<br><br>                    Defendant. | 21-cv-08420-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without prejudice for lack of jurisdiction, now enters judgment in favor of the defendants and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  May 25, 2022

_____
VINCE CHHABRIA
United States District Judge